UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 17-cv-06421-YGR |
| Plaintiff, | **DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF J&J SPORTS PRODUCTIONS, INC.** |
| v. | |
| RIGOBERTO MENDOZA-LOPEZ, | |
| Defendant. | |

The Court having granted the motion of plaintiff J&J Sports Productions, Inc. for default judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor plaintiff J&J Sports Productions, Inc. in the amount of $4,000.00.

**IT IS SO ORDERED.**

Dated: July 3, 2018

_____

YVONNE GONZALEZ ROGERS
United States District Judge